| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | PATRICK K. O'BRIEN (CABN 292470)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7126 |
| 7 | FAX: (415) 436-7234<br>Patrick.OBrien@usdoj.gov |
| 8 | Attorneys for United States of America |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. 3:19-CR-00288-WHO** |
| Plaintiff, | ) | **[~~PROPOSED~~] DETENTION ORDER** |
| v. | ) | |
| CHRIS REVUELTA, | ) | |
| Defendant. | ) | |

On June 27, 2019, defendant Chris Revuelta was charged by indictment with being a felon in possession of ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

This matter came before the Court on July 17, 2019, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Ellen Leonida. Assistant United States Attorney Patrick O'Brien appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As further noted on the record, the Court makes the following findings, among others stated on the record, as the bases for its conclusion: (1) the defendant has been convicted of two felonies in California, both of which are relatively recent, occurring in 2016 and 2017; (2) the 2016 conviction was for possessing a firearm in violation of California Penal Code Section 29820, which is similar in nature to the crime charged here; (3) following his 2017 felony conviction, the defendant was placed on Post Release Community Supervision, and the defendant was on Post Release Community Supervision at the time he is alleged to have committed the crime charged here; and (4) the defendant has previously violated conditions of his Post Release Community Supervision, including when the defendant, a known gang member, associated with other known gang members. These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: July 31, 2019

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge